IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR418-13 |
| | ) | |
| MARIA VASQUEZ | ) | |

## ORDER APPOINTING INTERPRETER

The Court having determined, pursuant to Title 28, United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case.

IT IS ORDERED that Wilfrido Chavez, a certified or otherwise competent interpreter, is designated to serve as interpreter in the above-captioned cases. Compensation shall be paid by the government at the rate of $202.00 for a full day and $111.00 for a half day for each appearance. Any claim for overtime shall be paid at the rate of $35.00 per hour. Claims for compensation shall be made on Form AO322. These forms shall be furnished by the Clerk.

SO ORDERED this 27th day of March 2018.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA